██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY WHITEHEAD, III, Appellant. [852 NYS2d 879]—

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the first degree (Penal Law § 160.15 [1]). Contrary to defendant's contention, the bargained-for sentence is not rendered unduly harsh or severe by the fact that two of the codefendants received lesser sentences than defendant (*see People v Jones*, 4 AD3d 796, 797 [2004], *lv denied* 2 NY3d 801 [2004]; *see generally People v Fernandez*, 30 AD3d 626, 627 [2006]), and the sentence otherwise is not unduly harsh or severe. Present—Smith, J.P., Centra, Fahey, Peradotto and Green, JJ.